IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADA SUE PROCK,

        Plaintiff,

v.

                                                  Case No. 20-cv-369-bbc

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Ada Sue Prock against defendant Andrew M. Saul, Commissioner of Social Security reversing the decision of the Commissioner and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ K. Frederickson, Deputy Clerk | 6/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |